**28**

Squire LOGAN, III, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 34304.

Missouri Court of Appeals,
Western District.

March 13, 1984.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
May 1, 1984.

Application to Transfer Denied
June 19, 1984.

Michael W. Walker, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SOMERVILLE, P.J., and NUGENT and LOWENSTEIN, JJ.

### ORDER

PER CURIAM.

This is a direct appeal from denial of post-conviction relief under a Rule 27.26 motion.

Judgment affirmed.  Rule 84.16(b).

All concur.